```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CELESTE SMALLS,                                                   :
                                                                  :
                              Plaintiff,                          :
                                                                  :     23-CV-6374 (JMF)
                -v-                                               :
                                                                  :         ORDER
STEVEN EDWARD BERTRAND et al.,                                    :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's October 2, 2023 Order, ECF No. 4, Plaintiff was required to file, no later than October 9, 2023, an amended complaint properly alleging the citizenship of each party to this action. To date, Plaintiff has not filed any amended pleadings. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 13, 2023**. This is Plaintiff's last opportunity to amend her complaint to adequately allege diversity of citizenship. If Plaintiff fails to cure the jurisdictional deficiencies in her complaint by the deadline, the Court **will** dismiss the case without prejudice and without further notice to any party.

      SO ORDERED.

Dated: October 11, 2023  
      New York, New York  
                                                                 JESSE M. FURMAN  
                                                            United States District Judge